IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

FILED '08 OCT 20 15:37 USDC-ORP

| | |
|---|---|
| MICHAEL O. CARROLL,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>Defendant | Civil No. 3:08-CV-301-AC<br><br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that this case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings in accordance with this Court's Order.

Judgment is entered for Plaintiff and this case is closed.

DATED this 17th day of October 2008.

_____
UNITED STATES MAGISTRATE JUDGE