IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL O. CARROLL,
    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.

CV# 08-0301-AC

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $871.88 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  Attorney fees are payable to Plaintiff's attorney.  The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310.  No costs or expenses are to be paid.

DATED this 15th day of January 2009.

John V. Acosta
United States ~~District~~ Magistrate Judge